## UNITED STATES BANKRUPTCY COURT

FOR THE __SOUTHERN__ DISTRICT OF __OHIO__

IN RE: __JOHNSON, MICHELLE L__   BANKRUPTCY CASE NUMBER __2:11-bk-61068__

ACCT #: __XXX-XX- 8565__   CHAPTER __13__

### ASSIGNMENT

FOR A VALUABLE CONSIDERATION, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, __KNOWLEDGEWORKS FOUNDATION__ DOES HEREBY ASSIGN, TRANSFER AND SET OVER TO THE __AMERICAN STUDENT ASSISTANCE GUARANTOR__ ITS CLAIM OF __$17,699.25__ AS FILED HEREIN AGAINST THE ABOVE DEBTOR.

__KNOWLEDGEWORKS FOUNDATION__ SPECIFICALLY WAIVES FURTHER NOTICE OF ANY MATTERS IN CONNECTION WITH THE ABOVE AND FOREGOING CLAIM AND REQUESTS THE COURT TO MAKE AN ORDER SUBROGATING THE ABOVE ASSIGNEE TO THE RIGHTS OF. __KNOWLEDGEWORKS FOUNDATION__ HEREIN. IT IS FURTHER REQUESTED THAT ANY CHECK RESPECTING THIS CLAIM BE MADE PAYABLE TO:

__AMERICAN STUDENT ASSISTANCE GUARANTOR__
__100 CAMBRIDGE STREET, SUITE 1600  BOSTON, MA  002114__

SIGNED: _(signature)_
AS AUTHORIZED AGENT

BY: __ACS__
TITLE: __DEFAULT CLAIM EXAMINER__
DATE: __12/9/2011__
Prepared By: __Amy Duvall__

_FILED 2012 JAN -3 AM 11:22 U.S. BANKRUPTCY CLERK, OHIO_

---

### ORDER

AT _____ _____ THIS _____ DAY OF _____ 2009, ON THE FOREGOING, IT IS ORDERED THAT THE ABOVE DESCRIBED ASSIGNEE BE SUBROGATED TO THE RIGHTS, DUTIES AND OBLIGATIONS OF THE ORIGINAL CLAIMANT IN THE CLAIM FILED HEREIN, DESIGNATED AT NO. _____

FILED AT _____ O'CLOCK

_____
BANKRUPTCY JUDGE