Form a0asgncl

### United States Bankruptcy Court
### Southern District of Ohio
**170 North High Street**
**Columbus, OH 43215−2414**

In Re: Michelle L. Johnson

              Debtor(s)

SSN/TAX ID:
      xxx−xx−8565

Case No.: 2:11−bk−61068

Chapter:  13

Judge:   Charles M Caldwell

### NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by American Student Assistance Guarantor for the transfer of a claim originally filed by Knowledgeworks Foundation.

The transfer/assignment designates Knowledgeworks Foundation as the transferor and American Student Assistance Guarantor as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is January 25, 2012. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: January 4, 2012

                              FOR THE COURT:
                              Kenneth Jordan
                              Clerk, U.S. Bankruptcy Court